IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT MITCHOM, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:08-1224 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| HCA MANAGEMENT SERVICES, | ) | |
| L.P., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 22) is **GRANTED** and this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 17th day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge